FILED ___ ENTERED
LODGED ___ RECEIVED

MAR - 4 2010

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

THE HONORABLE JAMES L. ROBART

10-CV-00236-ORD

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR KING COUNTY

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRAXAIR, INC., a Delaware corporation, <br><br> Defendant. | NO. C10-236-JLR <br><br> STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

THE PARTIES above named, through their attorneys, Russell J. Reid of Reid, Pedersen, McCarthy & Ballew, L.L.P., attorneys for Plaintiff, and Douglas E. Smith of Littler Mendelson, P.C., attorneys for Defendant, Praxair, Inc., hereby stipulate that the above-referenced action should be dismissed, with prejudice, and with each party bearing its own costs.

DATED this 26th day of February, 2010.

REID, PEDERSEN, McCARTHY & BALLEW, L.L.P.

_____
Russell J. Reid, WSBA #2560
Attorney for Plaintiff

LITTLER MENDELSON, P.C.

_____
Douglas E. Smith, WSBA #17319
Attorney for Defendant

STIPULATION AND ORDER FOR
DISMISSAL WITH PREJUDICE
Page 1 of 2

Reid, Pedersen, McCarthy & Ballew, L.L.P.
ATTORNEYS AT LAW
101 ELLIOTT AVENUE WEST • SUITE 550
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

## ORDER OF DISMISSAL

Based on the foregoing Stipulation of Plaintiff and Defendant,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall be and is hereby dismissed with prejudice and that each party shall bear its own costs of suit. This Order shall not have any res judicata or other effect on any claims Plaintiff may have other than those asserted in Plaintiff's Complaint to Collect Trust Funds in this matter.

ORDER ENTERED this 4th day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE

Submitted for Entry:

REID, PEDERSEN, McCARTHY & BALLEW, L.L.P.

By _____
Russell J. Reid, WSBA #2560
Attorneys for Plaintiff

STIPULATION AND ORDER FOR
DISMISSAL WITH PREJUDICE
Page 2 of 2

Reid, Pedersen, McCarthy & Ballew, L.L.P.
ATTORNEYS AT LAW
101 ELLIOTT AVENUE WEST • SUITE 550
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925